**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| DEAN DELIS, individually and as Trustee of the DEAN DELIS REVOCABLE TRUST OF 2004,<br><br>Plaintiff,<br><br>v.<br><br>SIONIX CORP., JAMES CURRIER, DAVID R. WELLS, JAMES ALEXANDER, JOHAN PERSLOW, FRANK POWER, ASCENDIANT SECURITIES, LLC and MICHAEL COLE,<br><br>Defendants. | Case No. SACV-13-01547 AG (RNBx)<br><br>**JUDGMENT** |

By a separate order, the Court granted the Motion for Default Judgment filed by Plaintiff Dean Delis ("Plaintiff"), individually and on behalf of the Dean Delis Revocable Trust of 2004, against Defendant Ascendiant Securities, LLC ("Defendant").

JUDGMENT

Judgment is entered in favor of Plaintiff and against Defendant as follows.

1. Jointly and Severally for principal of $100,000.
2. Jointly and Severally for interest of $27,133.45
3. For punitive damages of $50,000.

Dated September 29, 2015

_____
Hon. Andrew J. Guilford
United States District Judge