UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| DEAN DELIS, individually and as Trustee of the DEAN DELIS REVOCABLE TRUST OF 2004,<br><br>Plaintiff,<br><br>v.<br><br>SIONIX CORP., JAMES CURRIER, DAVID R. WELLS, JAMES ALEXANDER, JOHAN PERSLOW, FRANK POWER, ASCENDIANT SECURITIES, LLC and MICHAEL COLE,<br><br>Defendants. | Case No. SACV 13-01547 AG (RNBx)<br><br>**AMENDED JUDGMENT** |

By separate order, the Court granted the Motion to Amend Judgment filed by Plaintiff Dean Delis ("Plaintiff"), individually and on behalf of the Dean Delis Revocable Trust of 2004. The judgment previously entered by the Court in this matter on September 29, 2015 is amended and entered in favor of Plaintiff and against Ascendiant Securities, LLC and Ascendiant Capital Markets, LLC as follows:

1. Jointly and Severally for principal of $100,000.

2. Jointly and Severally for interest of $27,133.45.

3. For punitive damages of $50,000.

Dated November 18, 2016

_____
Hon. Andrew J. Guilford
United States District Judge